IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :     Chapter 13

Trevor L. Wiggins               :     No.  23-11753-mdc
   Debtor

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date:  June 16, 2023              /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor(s)