**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Trevor L Wiggins<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-11753 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
02 Aug 2023, 12:10:00, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 9a7bd71dd942195f4ed59a83bf3a8e9b50fce2f769de41f6433a58ae97697cd4