# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                    Chapter 13

TREVOR L. WIGGINS                                       Bankruptcy No. 23-11753-MDC

7634 RUGBY STREET

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
TREVOR L. WIGGINS

7634 RUGBY STREET

PHILADELPHIA, PA 19150

**Counsel for debtor(s), by electronic notice only.**
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 8/30/2023                                                                                    /s/ Kenneth E. West

                                                                                                                 _____
                                                                                                                  Kenneth E. West, Esquire
                                                                                                                  Chapter 13 Standing Trustee