IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Trevor L. Wiggins                     : Case No. 23-11753-mdc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
POLICE AND FIRE FEDERAL CREDIT UNION
AND CERTIFICATE OF SERVICE

    1.  The Debtor is paying the Trustee and PFCU's interests are able to be protected.  The Debtor is not taking any actions against PFFCU's rights.

    WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

                                          /s/ David M. Offen
                                          David M. Offen Esquire
                                          Attorney for Debtor

Dated:  September 19, 2023

    A copy of this Answer is being served on ANNE M. AARONSON, Esquire and the Chapter 13 Trustee.