IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                              :
                                                   :     Chapter 13
   Trevor L Wiggins.                     :
                                                   :     Bankruptcy No. 23-11753
                Debtor.      :
---------------------------------------------------------x

## **PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 11-1 filed by the City of Philadelphia on September 15, 2023

                                                  Respectfully submitted,

                                                  THE CITY OF PHILADELPHIA

Dated: September 28, 2023          By:    /s/ Pamela Elchert Thurmond
                                                    PAMELA ELCHERT THURMOND
                                                    Senior Attorney
                                                    PA Attorney I.D. 202054
                                                    City of Philadelphia Law Department
                                                    Tax & Revenue Unit
                                                    1401 JFK Blvd., 5th Floor
                                                    Philadelphia, PA  19102-1595
                                                    215-686-0508 (phone)
                                                    215-686-0588 (facsimile)
                                                    Email: Pamela.Thurmond@phila.gov