# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Trevor L Wiggins<br>                  Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION, its successors and/or assignees<br>                  Movant<br>     vs.<br>Trevor L Wiggins<br>                  Debtor<br><br>Kenneth E. West<br>                  Trustee | CHAPTER 13<br><br>NO. 23-11753 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about August 4, 2023.

Dated: December 18, 2023

                                      Respectfully submitted,

                                      /s/Mark A. Cronin
                                      Mark A. Cronin, Esq.
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      Phone: (215) 627-1322
                                      mcronin@kmllawgroup.com