THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Trevor Wiggins | : | |
| | : | Case No. 23-11753 (MDC) |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER ON CERTIFICATION OF DEFAULT

AND NOW, this 4th day of March, 2024, upon consideration of Police and Fire Federal Credit Union's Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay (the "Certificate of Default"), it is hereby:

ORDERED, that the Police and Fire Federal Credit Union ("PFFCU") is entitled to relief pursuant to the Stipulation[1] and section 362(d)(1) of the Bankruptcy Code; and it is further

ORDERED, that PFFCU is granted relief from the automatic stay with respect to the Real Property and/or Vehicle; and it is further

ORDERED, that PFFCU is granted relief from the automatic stay to enforce its rights under state law and the applicable loan documents.

BY THE COURT:

_Magdeline D. Coleman_
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Certification.

124100353-1