UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | | | |
|---|---|---|---|
| IN RE: | TREVOR L WIGGINS | CASE NO: | 23-11753 |
| | | CHAPTER: | 13 |

Debtor (s)

### **Change of Address – Notifications for Creditor**

As to Claim  6-1,  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notice Address

PO Box 130000
Raleigh NC 27605

New Notice Address

P.O. Box 169005
Irving, TX 75016

Please note that the address for payment **has not changed**.  Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address:  BKChapter13@WellsFargo.com


____7/23/2024____

/s/ LaDonna Broadway_____
   Bankruptcy Processor
   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

Eastern District of Pennsylvania (Philadelphia)

IN RE:   TREVOR L WIGGINS           CASE NO:   23-11753
                                    CHAPTER:   13

     Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on
_____7/23/2024_____, I served a true and correct copy of the above notice of address change on the
Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not
represented by counsel.


   ___7/23/2024___                        /s/ LaDonna Broadway_____
                                          Bankruptcy Processor
                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.