IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Trevor L. Wiggins | : | No. 23-11753-djb |
| Debtor(s) | : | |

ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan

It is hereby Ordered that

    1)    The Motion is Granted; and

    2)    The Modified Plan (doc. #55) is Approved.

Date: **September 25, 2025**

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE