**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-11753-djb** |
| **Trevor L. Wiggins** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * *** |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **October 15, 2026 at 11:00AM** |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Trevor L. Wiggins** | : | **900 Market Street, Suite 400** |
| **Jalisa Sharaine Foy** | : | **Philadelphia, PA, 19107** |
| **Kenneth E. West** | : | |
| **Respondents.** | | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY AS TO JALISA SHARAINE FOY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS THE 2015 BMW 3 SERIES WITH THE VEHICLE IDENTIFICATION NUMBER WBA3C3C5XFK201878 (DOCUMENT NO. 74)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Codebtor Stay as to Jalisa Sharaine Foy ("Motion") filed on September 10, 2026 at Document No. 74 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 25, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)

26-021744_BEW1

Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-11753-djb** |
| **Trevor L. Wiggins** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | ********************** |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **October 15, 2026 at 11:00AM** |
| **vs** | : | |
| | : | |
| **Trevor L. Wiggins** | : | **U.S. Bankruptcy Court** |
| **Jalisa Sharaine Foy** | : | **900 Market Street, Suite 400** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion for Relief from the Automatic Stay and Codebtor Stay to Permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto To Repossess the 2015 BMW 3 SERIES with the Vehicle Identification Number WBA3C3C5XFK201878 (Document No. 74) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

David M. Offen, Attorney for Trevor L. Wiggins, info@offenlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Trevor L. Wiggins, 7634 Rugby Street, Philadelphia, PA 19150

Jalisa Sharaine Foy, 7634 Rugby St, Philadelphia, PA 19150

/s/ Adam B. Hall