**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-11753-djb** |
| **Trevor L. Wiggins** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | ***************** |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **October 15, 2026 at 11:00 AM** |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Trevor L. Wiggins** | : | **900 Market Street, Suite 400** |
| **Jalisa Sharaine Foy** | : | **Philadelphia, PA, 19107** |
| **Kenneth E. West** | : | |
| **Respondents.** | | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CODEBTOR STAY REGARDING 2015 BMW 3 SERIES WITH VIN WBA3C3C5XFK201878**

This matter came before the Court on the Motion for Relief from stay and the Codebtor stay (the "Motion") filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, Codebtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by 11 U.S.C. § 362(d) and the Codebtor stay imposed by 11 U.S.C. § 1301 of the Bankruptcy Code are terminated with respect to the Creditor, its successors, and assigns~~, and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(4) is waived.~~

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: October 15, 2026

Judge Derek J. Baker
United States Bankruptcy Judge